# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**COLLEEN RYBARIK,**
        **Plaintiff,**

   v.                                   Case No. 13-C-0335

**UNICO, INC.,**
        **Defendant.**

---

## ORDER

Upon review of defendant's motion to compel discovery, **IT IS ORDERED** that plaintiff shall produce to defendant the documents on her home computer and otherwise in her possession that are responsive to defendant's written discovery requests and which she has not yet produced. The plaintiff must comply with this order by January 23, 2014. If she does not comply by then, I may dismiss this case with prejudice as a sanction for her failure to do so.

Dated at Milwaukee, Wisconsin, this 16th day of January, 2014.

                                    s/ Lynn Adelman
                                    _____
                                    LYNN ADELMAN
                                    District Judge